People v Dupuis (2023 NY Slip Op 03665)

People v Dupuis

2023 NY Slip Op 03665

Decided on June 30, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 30, 2023

PRESENT: LINDLEY, J.P., CURRAN, BANNISTER, OGDEN, AND GREENWOOD, JJ. (Filed June 30, 2023.) 

MOTION NO. (1177/20) KA 19-02121.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
NATHAN J. DUPUIS, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.